1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6475
7       FAX: (415) 436-7234
        wendy.garbers@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-cr-00197-PCP |
| Plaintiff, | **STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ZIXIANG HOU, YUEMING LIN, and HUIJUN SUN, | |
| Defendants. | |

A status conference in this matter is currently set for August 7, 2024. The parties agree that it would be most efficient to continue the status conference to September 18, 2024, at 10:00 a.m., as defense counsel is still reviewing discovery, which is voluminous.

In light of the continuance of the status conference, it is hereby stipulated between the parties that time be excluded under the Speedy Trial Act from August 7, 2024, through September 18, 2024, so that defense counsel can continue to prepare, including by reviewing the discovery already produced.

IT IS SO STIPULATED.

DATED: August 1, 2024                                     /s/
                                                        WENDY M. GARBERS
                                                        Assistant United States Attorney

DATED:  August 1, 2024

          /s/
BRUCE C. FUNK
Counsel for Defendant HOU

DATED:  August 1, 2024

          /s/
VARELL L. FULLER
Counsel for Defendant SUN

DATED:  August 1, 2024

          /s/
RICHARD E. ORIAKHI
Counsel for Defendant LIN

## [~~PROPOSED~~] ORDER

The status conference is hereby continued to September 18, 2024, at 10:00 a.m. Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 7, 2024, through September 18, 2024, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 7, 2024, through September 18, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 7, 2024, through September 18, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  8/2/2024

P. CASEY PITTS
United States District Judge